**JASON BORG - SBN 186173**
**JASON BORG & ASSOCIATES, INC.**
9401 E. Stockton Blvd., Suite 225
Elk Grove, CA 95624
Telephone: (916) 478-4234
Fax　　　 : (916) 478-4236

Attorney for Debtor

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| TENA H. ROBINSON | CASE NO.　　18-23365 |
| 　　　Debtor, | Motion Control Number: JB-2 |
| _____/ | **MOTION TO AVOID JUDICIAL LIEN OF BOSCO CREDIT, LLC ON REAL PROPERTY NAMED AS 5611 34TH AVENUE SACRAMENTO** |
| | DATE: August 21, 2018
TIME: 3:00 pm
PLACE: Courtroom 33
Honorable Ronald H. Sargis |

Debtor, Tena H. Robinson, by and through her attorney of record, moves the Court herein to avoid value the judicial lien impairing the debtor's exemption on the real property located at 5611 34th Avenue, Sacramento, CA.  This motion is based on the following:

　　1. Debtor filed a Voluntary Chapter 13 Petition Bankruptcy on May 30, 2018.

Motion to Avoid Judicial Lien 5611 34th Avenue　　　　-1-

2. Bosco Credit, LLC has a Judgment against debtor in the amount of $79,227.45 entered on January 8, 2011 and recorded on April 30, 2012 in the Sacramento County Recorder's Office. The total Judgment with interest through May 30, 2018 was $79,227.45. The real property which is subject to the lien is commonly known 5611 34th Avenue, Sacramento and has a fair market value of $237,000.00. There is a first deed of trust on the property held by Specialized Loan Servicing in the amount $241,164.88 at the time of filing of the bankruptcy case. Debtor claimed a $1.00 exemption in the equity pursuant to California Code of Civil Procedure Section 703.140(b)(1). Which leaves zero dollars of non-exempt equity in the property. Therefore, Bosco Credit LLC's Judicial lien impairs debtor's exemption and the judicial lien held by Bosco Credit LLC is avoidable.

| | |
|---|---|
| The fair market value is | **$237,000.00** |
| First Deed of Trust is | **$241,164.88** |
| Debtor's Exemption | **$1.00** |
| Judicial Lien by Bosco Credit, LLC | **$79,227.45** |
| Net Equity (Negative) | **-$83,393.33** |

The judicial lien is a non-possessory and is not a purchase money security interest.

3. 11 U.S.C Section 522(f)(1) states, "Notwithstanding any waiver of exemptions but subject to paragraph (3), the debtor may avoid the fixing of a lien on an interest of the debtor in property to the extent that such lien impairs an exemption to which the debtor would have been entitled under subsection (b) of this section, if such lien is (A) a judicial lien, other than a judicial lien that secures a debt of a kind that is specified in section 523(a)(5) ..." The judicial lien held by Bosco Credit, LLC totally impairs the debtor's exemption. Therefore, the judicial lien must avoided.

WHEREFORE, debtor requests the court avoid the Bosco Credit, LLC's judicial lien described above.

Dated: July 19, 2018

/s/ Jason Borg
_____
Jason Borg
Attorney for Debtor