**JASON BORG - SBN 186173**
**JASON BORG & ASSOCIATES, INC.**
9401 E. Stockton Blvd., Suite 225
Elk Grove, CA 95624
Telephone: (916) 478-4234
Fax       : (916) 478-4236

Attorney for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| TENA H. ROBINSON,<br><br>    Debtor,<br>_____/ | CASE NO.   18-23365<br><br>Motion Control Number: JB-2<br><br>**EXHIBIT 1 IN SUPPORT OF MOTION TO AVOID JUDICIAL LIEN OF BOSCO CREDIT, LLC ON REAL PROPERTY NAMED AS 5611 34TH AVENUE SACRAMENTO**<br><br>DATE: August 21, 2018<br>TIME: 3:00 pm<br>PLACE: Courtroom 33<br>Honorable Ronald H. Sargis |

Debtor, respectfully submits the following document as an attachment to **DECLARATION OF DEBTOR IN SUPPORT OF   MOTION TO AVOID JUDICIAL LIEN OF BOSCO CREDIT, LLC ON REAL PROPERTY NAMED AS 5611 34TH AVENUE SACRAMENTO**

| Exhibit # | Document | Pages |
|---|---|---|
| 1. | Recorded Abstract of Judgment | 2-4 |

Exhibit 1 Motion to Avoid Judicial Lien 5611 34th Ave        -1-

RECORDING REQUESTED BY AND MAIL TO:

> PROBER & RAPHAEL,
> A Law Corporation
> 20750 Ventura Blvd., #100
> Woodland Hills, CA 91364
> (818) 227-0100



Sacramento County Recorder
Craig A. Kramer, Clerk/Recorder
BOOK **20120430** PAGE **0721**
Check Number 9645
Monday, APR 30, 2012 10:44:36 AM
Ttl Pd   $34.00   Rcpt # 0007254467

TJH/12/1-3

↳ SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE ↲

# DOCUMENT TITLE

☑ ABSTRACT OF JUDGMENT
☐ ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT
☐ OTHER

LIEN NOTICE

EJ-001

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, address, State Bar number, and telephone number):
Recording requested by and return to:
Dean Prober    Bar No. 106207
PROBER & RAPHAEL
20750 VENTURA BLVD., SUITE 100
WOODLAND HILLS, CA 91364
(818) 227-0100

[X] ATTORNEY FOR    [X] JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO
STREET ADDRESS: 720 Ninth Street
MAILING ADDRESS: Sacramento, CA 95814
CITY AND ZIP CODE:
BRANCH NAME: Downtown Courthouse, Unlimited Civil

PLAINTIFF: BOSCO CREDIT LLC.
DEFENDANT: TENA ROBINSON AKA TENA HELENA ROBINSON AKA TENA TAYLOR

FOR RECORDER'S USE ONLY

CASE NUMBER: 34-2009-00061308

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**    [ ] Amended

FOR COURT USE ONLY

1. The [X] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
   
   Name and last known address
   
   Tena Robinson AKA Tena Helena Robinson aka Tena Taylor
   5611 34th Avenue
   Sacramento, CA 95824
   
   b. Driver's license no. [last 4 digits] and state:    [X] Unknown
   c. Social security no. [last 4 digits]: 8359    [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address): Tena Robinson AKA Tena Helena Robinson aka Tena Taylor
   5611 34th Avenue
   Sacramento, CA 95824

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor (name and address):
   Bosco Credit LLC.
   101 Hudson Street, 25th Floor
   Jersey, NJ 07302

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: March 16, 2012
DEAN PROBER
(TYPE OR PRINT NAME)    (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed: $ 57,095.70
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on (date): October 8, 2010
   b. Renewal entered on (date):
9. [ ] This judgment is an installment judgment.

[SEAL]

This abstract issued on (date): MAR 2 3 2012

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of (name and address):

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until (date):

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

Clerk, by _____ , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2008]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

F.130-082
Sacramento

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

American LegalNet, Inc.
www.FormsWorkflow.com

RECEIVED APR 18 2012

| PLAINTIFF: BOSCO CREDIT LLC. | CASE NUMBER: 34-2009-00061308 |
|---|---|
| DEFENDANT: TENA ROBINSON AKA TENA HELENA ROBINSON AKA TENA TAYLOR | |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

17. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

18. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

19. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. January 1, 2008]    **ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**    Page 2 of 2