1  **JASON BORG - SBN 186173**
2  **JASON BORG & ASSOCIATES, INC.**
   9401 E. Stockton Blvd., Suite 225
3  Elk Grove, CA 95624
   Telephone: (916) 478-4234
4  Fax       : (916) 478-4236

5
   Attorney for Debtor
6

7                **IN THE UNITED STATES BANKRUPTCY COURT**

8                **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9                          **SACRAMENTO DIVISION**
10

11 TENA H. ROBINSON                 CASE NO.     18-23365

12       Debtor,                          Motion Control Number: JB-3
13
14 _____/    **EXHIBIT 1 IN SUPPORT OF MOTION TO AVOID JUDICIAL LIEN OF**
15                                         **BOSCO CREDIT, LLC ON REAL PROPERTY NAMED AS 3350 Y**
16                                         **STREET SACRAMENTO**
17
18                                         DATE: August 21, 2018
                                          TIME: 3:00 pm
19                                         PLACE: Courtroom 33
                                        Honorable Ronald H. Sargis
20

21      Debtor, respectfully submits the following document as an attachment to **DECLARATION**
22
23 **OF DEBTOR IN SUPPORT OF MOTION TO AVOID JUDICIAL LIEN OF BOSCO**

24 **CREDIT, LLC. ON REAL PROPERTY NAMED AS 3350 Y STREET SACRAMENTO**

25 
| **Exhibit #** | **Document** | **Pages** |
|---|---|---|
26 | 1. | Recorded Abstract of Judgment | 2-4 |

27
28

Filed 07/19/18    Case 18-23365    Doc 41

RECORDING REQUESTED BY AND MAIL TO:

PROBER & RAPHAEL,
A Law Corporation
20750 Ventura Blvd., #100
Woodland Hills, CA 91364
(818) 227-0100



Sacramento County Recorder
Craig A. Kramer, Clerk/Recorder
BOOK **20120430** PAGE **0721**
Check Number  9645
Monday, APR 30, 2012 10:44:36 AM
Ttl Pd    $34.00    Rcpt # 0007254467

TJH/12/1-3

↳ SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE ↲

# DOCUMENT TITLE

☑ ABSTRACT OF JUDGMENT
☐ ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT
☐ OTHER

LIEN NOTICE

EJ-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, State Bar number, and telephone number): |
|---|
| Recording requested by and return to: |
| Dean Prober　　　　Bar No. 106207 |
| PROBER & RAPHAEL |
| 20750 VENTURA BLVD., SUITE 100 |
| WOODLAND HILLS, CA 91364 |
| (818) 227-0100 |

[X] ATTORNEY FOR　　[X] JUDGMENT CREDITOR　　[ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO
STREET ADDRESS: 720 Ninth Street
MAILING ADDRESS: Sacramento, CA 95814
CITY AND ZIP CODE:
BRANCH NAME: Downtown Courthouse, Unlimited Civil

PLAINTIFF: BOSCO CREDIT LLC.

DEFENDANT: TENA ROBINSON AKA TENA HELENA ROBINSON AKA TENA TAYLOR

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**　　[ ] Amended

CASE NUMBER: 34-2009-00061308

1. The [X] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      Tena Robinson AKA Tena Helena Robinson aka Tena Taylor
      5611 34th Avenue
      Sacramento, CA 95824
   b. Driver's license no. [last 4 digits] and state:　[X] Unknown
   c. Social security no. [last 4 digits]: 8359　[ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address): Tena Robinson AKA Tena Helena Robinson aka Tena Taylor
      5611 34th Avenue
      Sacramento, CA 95824

2. [ ] Information on additional judgment debtors is shown on page 2.

3. Judgment creditor (name and address):
   Bosco Credit LLC.
   101 Hudson Street, 25th Floor
   Jersey, NJ 07302

Date: March 16, 2012
DEAN PROBER
(TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.

5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed: $ 57,095.70
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on (date): October 8, 2010
   b. Renewal entered on (date):
9. [ ] This judgment is an installment judgment.

[SEAL]

This abstract issued on (date):
MAR 2 3 2012

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of (name and address):

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until (date):

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action
    b. [ ] A certified copy of the judgment is attached.

Clerk, by _____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2008]

ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS

F.130-082
Sacramento

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190
American LegalNet, Inc.
www.FormsWorkflow.com

Filed 07/19/18     Case 18-23365     Doc 41

RECEIVED APR 18 2012

| PLAINTIFF: BOSCO CREDIT LLC. | CASE NUMBER: |
|---|---|
| DEFENDANT: TENA ROBINSON AKA TENA HELENA ROBINSON AKA TENA TAYLOR | 34-2009-00061308 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.      Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

17.      Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

18.      Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

19.      Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. January 1, 2008]     **ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**     Page 2 of 2