**JASON BORG - SBN 186173**
**JASON BORG & ASSOCIATES, INC.**
9401 E. Stockton Blvd., Suite 225
Elk Grove, CA 95624
Telephone: (916) 478-4234
Fax       : (916) 478-4236

Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TENA H. ROBINSON | CASE NO.   18-23365 |
| Debtor, | Motion Control Number: JB-4 |
| / | **MOTION TO CONFIRM FIRST AMENDED  CHAPTER 13 PLAN** |
| | DATE: September 11, 2018<br>TIME: 3:00 pm<br>PLACE: Courtroom 33<br>Honorable: Ronald Sargis |

The Debtor moves the court:

1. Debtor requests that the First Amended Chapter 13 Plan, a true and correct copy of which has been filed with the court, be confirmed by the court.

2. The First Amended Chapter 13 Plan proposes that the debtor pays $0 for the first month of the plan and $2,450.00 per month for the final 36 months to the Trustee. The debtor has sufficient disposable monthly income to pay the required payments as demonstrated on her

Motion to Confirm                                              -1-

Schedule I and J.

3. All secured creditors provided for have either accepted the plan, or the plan provides to pay the secured creditors pursuant to section 1325(a)(5)(B).

4. The debtor's First Amended Chapter 13 Plan is proposed in good faith.

5. Debtor respectfully requests that the First Amended Chapter 13 Plan be confirmed.

Dated: July 23, 2018

/s/ Jason Borg
_____
Jason Borg
Attorney for Debtor

Motion to Confirm -2-