JASON BORG - SBN 186173
JASON BORG & ASSOCIATES, INC.
9401 E. Stockton Blvd., Suite 225
Elk Grove, CA 95624
Telephone: (916) 478-4234
Fax      : (916) 478-4236

Attorney for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| TENA H. ROBINSON | CASE NO. 18-23365 |
| Debtor, | Motion Control Number: JB-4 |
| / | **ORDER GRANTING CONTINUANCE** |
| | DATE: September 11, 2018 |
| | TIME: 3:00 pm |
| | PLACE: Courtroom 33 |
| | Honorable: Ronald Sargis |

## ORDER

Good cause appearing, it is ordered that the hearing on the Motion to Confirm First Amended Chapter 13 Plan is continued from September 11, 2018 at 3;00 pm in Courtroom 33 to October 23, 2018 at 3:00 pm in Courtroom 33.

**Dated:** August 24, 2018

By the Court

_____
Ronald H. Sargis, Judge
United States Bankruptcy Court

RECEIVED
August 23, 2018
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006345361